**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**BEAUFORT DIVISION**

| | | |
|---|---|---|
| Altony Brooks, | ) | |
| | ) | C.A. No.: 9:15-cv-3107-PMD-BM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Sgt. Davenport, Captain Pack, Lt. Carter, | ) | |
| Ofc. Johnson, Major S. Sutton, Ofc. Cox, | ) | |
| Ofc. Ledwell, Jane Doe, Director John Doe, | ) | |
| and Warden Stevenson, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on Plaintiff's self-styled "Notice of Removal." Construed liberally, Plaintiff's *pro se* filing seeks a remand of his state-law claims to the Richland County Court of Common Pleas. Defendants object, correctly noting that the Court dismissed all of Plaintiff's claims in its October 27, 2016 Order, not just his federal claims. As a result, Plaintiff has no claims left to remand from this Court, and his motion must be denied. The Court stresses, however, that its dismissal of Plaintiff's state-law claims does not preclude him from filing a separate action in state court alleging those same claims.

**CONCLUSION**

For the foregoing reasons, it is **ORDERED** that Plaintiff's motion is **DENIED**.

**AND IT IS SO ORDERED.**

_____
PATRICK MICHAEL DUFFY
United States District Judge

**December __, 2016**
**Charleston, South Carolina**